IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00114-EWN-PAC

JOHN M. MANN,

    Plaintiff(s),

v.

UNIVERSITY OF DENVER,

    Defendant(s).

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Joint Motion for Entry of Stipulated Protective Order [filed June 28, 2005] is **GRANTED**. The attached Protective Order is made an Order of the Court this date.

Dated: July 6, 2005