IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00114-EWN-PAC

JOHN M. MANN,

     Plaintiff(s),

v.

UNIVERSITY OF DENVER,

     Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that the Unopposed Motion to Amend [filed August 31, 2005] is **GRANTED.**   The Amended Complaint [tendered August 31, 2005] shall be date-stamped and filed with the Court this date.

Dated:  September 2, 2005