IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00114-EWN-PAC

JOHN M. MANN,

     Plaintiff(s),

v.

UNIVERSITY OF DENVER,

     Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that the Joint Motion to Amend Scheduling Order [filed September 21, 2005] is **GRANTED** as follows:

     The discovery deadline is extended to **November 4, 2005.**

     The dispositive motions deadline is extended to **October 31, 2005.**

     Please see Electronic Filing Procedures § V.L. for the proper submission of proposed orders.

Dated:  September 23, 2005