IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00114–EWN–PAC

JOHN M. MANN,

      Plaintiff,

v.

UNIVERSITY OF DENVER,

      Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

Plaintiff's "Motion to File Sur-reply in Opposition to Summary Judgment" filed January 30, 2006, is GRANTED.

Dated: January 30, 2006