IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00114-EWN-PAC

JOHN M. MANN,

Plaintiff

v.

UNIVERSITY OF DENVER,

Defendant.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT**

---

COME NOW the Plaintiff, John Mann by and through his attorney and moves for a motion of extension of time as follows:

1. On February 9, 2006, the parties reached a settlement agreement.

2. Counsel for the parties have decided on the terms of settlement but require a few more days to provide the court with an executed settlement agreement forthwith.

3. The parties request an extension of time up to and including March 3, 2006 to file a settlement agreement.

4. Opposing counsel has no objection to this request.

WHEREFORE, this motion should be granted.

RESPECTFULLY SUBMITTED

s/John S. Evangelisti
John S. Evangelisti, Esq.
1120 Lincoln St., Ste. 711
Denver, CO 80203
303-832-8226

CERTIFICATE OF E-FILING

I hereby certify that on this 27th day of February, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will electronically send notice to the following party.

Jim Goh
Christina Gomez
Holland & Hart
555 17th Street, Suite 3200
Denver, CO 80201

s/Angie Paxton______________________
Angie Paxton, Legal Assistant to
John S. Evangelisti, Esq.