IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00114–EWN–PAC

JOHN M. MANN,

Plaintiff,

v.

UNIVERSITY OF DENVER,

Defendant.

---

**MINUTE ORDER**

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Unopposed Motion for Extension of Time to File Settlement" (#56, filed February 27, 2006) is GRANTED. The parties may have until March 3, 2006, to file a settlement agreement.

Dated: February 28, 2006