IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00114-EWN-PAC

JOHN M. MANN,

Plaintiff,

vs.

UNIVERSITY OF DENVER,

Defendant.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

---

Plaintiff John Mann and Defendant the University of Denver, by their respective counsel, hereby stipulate and agree as follows:

1. That the complaint and action, including all claims that are, or could have been, brought by plaintiff, are dismissed with prejudice pursuant to F.R.C.P., Rule 41(a)(1).

2. That the parties will bear their own costs and attorneys' fees respectively in connection with this action.

3. A proposed Order is attached.

Dated this 3rd day of March 2006.

s/John Evangelisti
John Evangelisti
1120 Lincoln St.,
Ste. 711
Denver, CO 80203
(303) 832-8226

ATTORNEYS FOR PLAINTIFF

s/Jim Goh
Jim Goh
Holland & Hart LLP
555 17th Street, Suite 3200
P.O. Box 8749
Denver, Colorado 80201-8749
(303) 295-8000

ATTORNEYS FOR DEFENDANT