IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00114-EWN-PAC

JOHN M. MANN,

    Plaintiff,

vs.

UNIVERSITY OF DENVER,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER has come before the Court on the parties' Stipulated Motion for Dismissal With Prejudice, and the Court being fully advised, hereby approves the parties' Stipulation and orders that the above captioned action be dismissed with prejudice, each party to bear its or his own attorneys' fees and costs.

DATED: March 13, 2006.

                        BY THE COURT:

                        s/ Edward W. Nottingham
                        United States District Court Judge